IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11-4004-01-CR-C-FJG |
| | ) | |
| DONALD GEORGE LaFLAMME, III, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

     Defendant Donald George LaFlamme, III, by consent, appeared before the undersigned on November 25, 2013, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, Local Rule 72(c)(1)(j), and 28 U.S.C. § 636, and has entered a plea of guilty to Counts One, Two, Three, and Four of the Second Superseding Indictment filed on July 28, 2011. In addition, Defendant does not contest the criminal forfeiture allegation contained in the Second Superseding Indictment. After cautioning and examining Defendant, under oath, in accordance with the requirements of Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and the consequences of pleading guilty, was voluntary, and that the offenses to which Defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

     IT IS, THEREFORE, RECOMMENDED that the plea of guilty be accepted and that defendant Donald George LaFlamme, III, be adjudged guilty and have sentence imposed accordingly.

     Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its filing will bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

Dated this 25th day of November, 2013, at Jefferson City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge